UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:21-cv-10848-RMB-SAK |
| : | |
| TIMBERLINE PLAZA, L.L.C., : | |
| : | |
| Defendant. : | |
| : | |

**DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING**

Plaintiff, Dennis Maurer, by and through his undersigned counsel, makes the following disclosure of third-party litigation funding as required by L. Civ. R. 7.1.1(a)(1-3).

1. There is no third-party litigation funding in this matter.

2. Plaintiff alone has the authority to make material litigation and settlement decisions.

3. No third party has a financial interest in the outcome of this matter.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
NJ Attorney Bar No. 036232017
717 E. Elmer St.
Vineland, NJ 08360
Tel (609) 319-5399
Fax (314) 898-0458
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Jon G. Shadinger Jr.*
                                              Jon G. Shadinger Jr., Esq.
                                              Shadinger Law, LLC