UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:21-cv-10848-RMB-SAK |
| | : |
| TIMBERLINE PLAZA, LLC, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, DENNIS MAURER, and with consent of Defendant, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of executing a settlement agreement and stipulated dismissal and expect those documents to be executed within the next thirty days.

Dated: February 22, 2022

                Respectfully submitted,

                */s/ Jon G. Shadinger Jr.*
                Jon G. Shadinger Jr., Esq.
                Shadinger Law, LLC
                717 E. Elmer Street, Suite 7
                Vineland, NJ 08360
                Phone (609) 319-5399
                Fax (314) 898-4053
                js@shadingerlaw.com
                *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd of February 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.