UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER,

    Plaintiff,

v.

TIMBERLINE PLAZA, LLC,

    Defendant.

Case No. 1:21-cv-10848-RMB-SAK

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, TIMBERLINE PLAZA, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Phone (609) 319-5399
Fax (314) 898-0423
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ Ari G. Burd
Ari G. Burd, Esq.
Giordano Halleran & Ciesla PC
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Phone (732) 741-3900
Fax (732) 224-6599
aburd@ghclaw.com
*Attorney for Defendant*

Dated: March 15, 2022

So Ordered this 16th day of March, 2022

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

10